UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Keith Robert Webster                                                       Docket No. 5:08-CR-294-1D

### Petition for Action on Supervised Release

COMES NOW Maurice J. Foy, Supervising U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Keith Robert Webster, who, upon an earlier plea of guilty to Possession of an Unregistered Sawed-Off Shotgun; 26 U.S.C. §§ 5841, 5861(d), and 587, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge on May 6, 2009, to the custody of the Bureau of Prisons for a term of 87 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Keith Robert Webster was released from custody on December 29, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is currently being supervised in the Middle District of North Carolina. His supervising probation officer, Matthew Wzorek, reported that the defendant has tested positive for marijuana on three different occasions within the past nine months. Additionally, on September 2, 2015, the defendant acknowledged being stressed, overwhelmed, and experiencing periods of insomnia, in which marijuana has helped him sleep. As a result of the defendant's non-compliance, Officer Wzorek has recommended that Webster attend substance abuse treatment and participate in location monitoring for one month. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all the conditions of the location monitoring home detention program for a period of 1 month. At the direction of the probation officer, wear a location monitoring device which may include GPS or other monitoring technology and follow all program procedures specified by the probation officer. Pay for the location monitoring services as directed by the probation officer.

2. The defendant shall submit to substance abuse testing, at any time, as directed by the probation officer. The defendant shall cooperatively participate in a substance abuse treatment program, which may include drug testing and inpatient/residential treatment, and pay for treatment services, as directed by the probation officer. During the course of treatment, the defendant shall abstain from the use of alcoholic beverages.

Keith Robert Webster
Docket No. 5:08-CR-294-1D
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/Maurice J. Foy<br>Maurice J. Foy<br>Sr. U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8678<br>Executed On: October 19, 2015 |

### ORDER OF THE COURT

Considered and ordered this **22** day of **October**, 2015 and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
Chief U.S. District Judge